**Abel DIAZ, Petitioner-Appellant,**

v.

**WARDEN FCI BENNETTSVILLE,
Respondent-Appellee,**

and

**United States of America, Respondent.**

**No. 16-7167**

United States Court of Appeals,
Fourth Circuit.

Submitted: December 15, 2016

Decided: December 20, 2016

Abel Diaz, Appellant Pro Se. Jimmie Ewing, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

---

PER CURIAM:

Abel Diaz, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Diaz v. Warden FCI Bennettsville, No. 4:15–cv–00237–BHH, 2016 WL 4168606 (D.S.C. Aug. 8, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED